# Affidavit

Tariff Sharif Bey.
Vs. Renae Peterson
 (badge number 20137) et al
                    Judge Gershwin A. Drain
Case No. 20 cv 10061

Comes now
 I Tariff Sharif Bey affiant of truth state, swear or affirm all the following is true to the best of my abilities under penalty of perjury, fine or imprisonment from my de jure Moorish Nation.

Notice according to the fact and decision made by acting chief justice judge Patti B. Sarris in Leonidas jabir Bey v. the Commonwealth of Massachusetts... were it was demanded and granted to proceed pro bono without disclosure of unwanted personal information, without ifp status or paying a fee to exercise the 1st amendment right. Also stated in the Jabir Bey case the said (USD) notes are unconstitutional and it is unconstitutional for a federal agency to ask for a fee to be paid and private commercial paper and both parties must agree. The information I did give to the court was to remain in harmony and to enforce the Constitution and supreme law of the land. Article 7 of the United Nations Declaration of Human rights states...all are equal before the law and entitled without any discrimination to equal protection of the law all are

entitled to equal protection against any discrimination in violation of the Declaration and against any incitement to discrimination.

I Tariff Sharif Bey Natural person in propria persona in full life, am a Aboriginal and indigenous Moorish American National and citizen of Morocco. I am not a citizen of the United states, federal corporation or its several states as defined in 28 USC 3002 (15).
all Rights Reserved and retained. According to title 12 section 411 of the United states codes.. the said notes asked for as filing fee are the obligations of the United States and are not constitutional.

Know i am by ...Freehold Birthright primogeniture & inheritance Aboriginal and indigenous Native American Moor Heir of North America the National people of the land. With applicable Treaties i am a party to.
 (Constitution Article 1 Section 2 Clause 3 treaties ) the complete alleged "traffic stop" was under threat duress and coercion .
Cause of action: 18 U.S.C. 242, 28 usc 1331, 28 usc 1332, 18 U.S.C. 2441 War crimes, 18 U.S.C. 1091 Genocide. Violation of constitutional rights, treaty violations (Treaty of Peace and Friendship 1786 -1787 )and more.
I Tariff Sharif Bey again swear or affirm the following to be all true to the beast of my knowledge so help me Allah
My Statement claim(s) in which relief shall and must

be granted: I deny all alleged offenses in the encounter caught and streamed live on social media i was not engaged in any traffic, for hire or criminal activities.

I was simply trying to exercising my right to pursue happiness and enjoy the liberties i am guaranteed.

1• On 9/9 2019 Renee Peterson unlawfully stopped me from traveling for the volume of my music.

2• Renee Peterson refuse to articulate what probable cause or Reasonable Suspicion she had of criminal activity.

3• Renee Peterson then opened my car door and pulled me out illegally seizing me.

4• Renee Peterson then had me disarmed of my recording device, damaging it knocking it out of my hand onto the hood of my car.

5• Renee Peterson then illegally searched my natural persons and took everything I had in my pockets.

6• Renee Peterson then seized and handcuffed me then placed me in her policy enforcement car.

7• Renee Peterson and her back up then intimidated me and fraudulently and forcefully identified me. (as a nom De Guerre)

8• Renee Peterson then remove me from her police vehicle, removed the handcuffs from my wrist and placed a ticket in my pocket.

9• Renee Peterson then had my automobile searched illegally and had it towed away.

    For the the above actions I demand relief in the form of $7 million dollars.

Xx.; The above stated I swear to be true to the best of my knowledge and to the best of my ability and to have no ill-will I swear.



7/8/22

_____

DuBryn Ed                                    7/8/20

_____

Last modified: 3:21 PM

20-1202

Tariff Sharif Bey
12031 Whitehill Street
Detroit, MI 48224

---

---

Tariff Sharif Bey
c/o 12031 Whitehill
Detroit, Michigan, [48224]

7/8/20

RECEIVED
JUL 15 2020
CLERK'S OFFICE
DETROIT

Clerk
Office of the
for the Eastern District of Michigan
United States District Court
Theodore Levin United States Courthouse
231 West Lafayette Blvd, Room 564
Detroit, Michigan 48226
Official Business