# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: November 19, 2020

Tariff Sharif Bey
12031 Whitehill Street
Detroit, MI 48224

          Re:  Case No. 20-1202, *Tariff Bey v. Renae Peterson, et al*
                Originating Case No. : 2:20-cv-10061

Dear Appellant:

  The Court issued the enclosed (Order/Opinion) today in this case.

                                        Sincerely yours,

                                        s/Bryant L. Crutcher
                                        Case Manager
                                        Direct Dial No. 513-564-7013

cc:  Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 20-1202

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

TARIFF SHARIF BEY

    Plaintiff - Appellant

v.

RENAE PETERSON, Corporal, Badge No. 20137; MONROE POLICE DEPARTMENT

    Defendants - Appellees.

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

    The proper fee was not paid by **October 08, 2020.**

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

    **ENTERED PURSUANT TO RULE 45(a),**
    **RULES OF THE SIXTH CIRCUIT**
    Deborah S. Hunt, Clerk

Issued: November 19, 2020